# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0657, <u>In re Name Change of Dustin Warren Peterson</u>, the court on August 21, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See Sup. Ct. R.</u> 20(2). The petitioner, Dustin Warren Peterson, appeals the order of the Circuit Court (<u>Subers</u>, J.), following a hearing, denying his petition for a name change. He argues that the court erred in: (1) concluding that it lacked authority to grant his requested relief; (2) denying his request for equitable relief; and (3) determining that the "confidential information sheet" filed with his petition will not be held confidential.

We reverse the trial court's order that the petitioner's "confidential information sheet" shall not be held confidential.

Based upon our review of the written arguments, the relevant law, the record on appeal, and the trial court's decision, we find unpersuasive the petitioner's remaining arguments, and otherwise affirm the trial court's decision.

<u>Affirmed in part;</u>
<u>reversed in part.</u>

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**